

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00937-CV

DEBORAH A. BECK AND NANCY BECK-DEANE, Appellants

V.

DAVE ESCOBALES, Appellee

Appeal from the 125th District Court of Harris County.  (Tr. Ct. No. 2013-07491).

After due consideration, the Court **grants** appellants Deborah A. Beck and Nancy Beck-Deane's motion to dismiss the appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellants, Deborah A. Beck and Nancy Beck-Deane, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 26, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.